**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 16, 2015

Hon. Patsy Perez
District Clerk
901 Leopard St., Suite 313
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00518-CV
Tr.Ct.No. 2014-CCV-60675-5
Style:    Charlie O. Burnett, III v. DRO IP, Ltd.


The judgment of the trial court in the above cause was DISMISSED-WANT OF JURISDICTION by this Court on the 2nd day of October, 2014. The mandate is enclosed.

Costs of the appeal were adjudged against appellant, Charlie O. Burnett, III.

Pursuant to Section 51.204(b) of the Government Code, the attorneys of record are hereby notified that any exhibits submitted to the Court by a party may be withdrawn by that party or the party's attorney of record within 30 days. Exhibits on file with the Court will be destroyed three (3) years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Hon. Bennett Michael Wyse (DELIVERED VIA E-MAIL)
      Charlie O. Burnett III (DELIVERED VIA E-MAIL)